John Paul Dillon
Reg. No. 43482-510
FPC Montgomery
1001 Willow St
Maxwell AFB, Montgomery, AL 36112

RECEIVED

NOV 0 4 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Date: 10/23/25

Clerk of Court
United States District Court
Middle District of Tennessee
Nashville Division
801 Broadway
Nashville, TN 37203

Re: United States v. Dillon, Case No. 3:23-cv-32
   Filing of Motion under 28 U.S.C. §2255

Dear Clerk of Court:

Please find enclosed the following documents for filing in the above-referenced case:

1. Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255; and
2. Certificate of Service.
3. Motion to waive Fees/Declaration of indigency

Please file the enclosed documents and return a conformed copy to the Petitioner for his records in the enclosed self-addressed stamped envelope. Should the Court require any additional copies or information, please contact the Petitioner at the address above.

Respectfully submitted,

/s/ John Paul Dillon
Reg. No. 43482-510
FPC Montgomery
1001 Willow St
Maxwell AFB, Montgomery, AL 36112

JOHN DILLON 43482-510
FEDERAL PRISON CAMP
1001 WILLOW ST
MAXWELL AFB
MONTGOMERY, AL 36112





US DISTRICT COURT
MIDDLE DISTRRICT OF TENNESSEE
719 church st
ROOM 1300
NASHVILLE, TN 37203

RECEIVED

NOV 0 4 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN