UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN PAUL DILLON ) | |
| ) | CASE NO. 3:25-cv-01272 |
| v. ) | JUDGE TRAUGER |
| ) | |
| UNITED STATES OF AMERICA ) | |

## MOTION FOR SUBSTITUTION OF EXHIBIT

Exhibit 1 to Petitioner's Motion to Vacate, Set Aside or Correct Sentence (D.E. #1) includes the names and dates of birth of minor children, home addresses of other individuals, and Petitioner's Social Security Number and date of birth. Typically, this information would be redacted pursuant to Federal Rule of Criminal Procedure 49.1 and Administrative Order 167-1. Because Petitioner brings this motion under 28 U.S.C. § 2255, the filing is exempt from those requirements.

Nonetheless, the government submits that including personally identifiable information on the public docket—particularly for minors—is not in the public interest, nor is it material to the resolution of Petitioner's Motion. *See Porrazzo v. United States*, 757 F. Supp. 3d 241, 258 (N.D.N.Y. 2024) (granting motion to seal exhibits to 2255 motion which "contain the names of minor victims and/or home addresses").

Accordingly, the government respectfully requests that the Court direct the Clerk of Court to substitute the attached redacted version of Exhibit 1 to Petitioner's Motion on the public docket.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee


 *s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, a true and exact copy of the foregoing document was filed electronically with the Clerk of Court via CM/ECF, and that a copy was mailed to the petitioner at the following address:

**John Paul Dillon**
#43482-510
Federal Prison Camp
1001 Willow Street
Maxwell AFB
Montgomery, AL 36112

 *s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney